# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

162039 & (17)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

DEVON EDWARD MAAS,
           Defendant-Appellant.

SC: 162039
COA: 353684
Livingston CC: 19-025836-FH

_____/

By order of April 2, 2021, the prosecuting attorney was directed to answer the application for leave to appeal the July 29, 2020 order of the Court of Appeals. On order of the Court, the motion for immediate consideration is GRANTED. The answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

p0601